

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2019

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was originally due on February 21, 2019. On February 7, 2019, we granted appellant's request to extend the briefing deadline, which caused appellant's brief to be due on or before March 25, 2019. Appellant's brief was not filed by this date, and the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. *See* Tex. R. App. P. 38.8(b)(2). On April 5, 2019, appellant filed a motion for extension of time, requesting an additional thirty days in which to file appellant's brief. We granted appellant's request, and his appellant's brief became due on April 24, 2019. Neither appellant's brief nor a motion for extension of time was filed. On May 15, 2019, we ordered appellant's attorney to file appellant's brief on or before June 14, 2019. We warned that if appellant's brief was not filed by that date, we would abate this appeal to the trial court for an abandonment hearing.

Appellant's brief was filed on June 3, 2019. However, it appears that only a partial brief was filed. Specifically, the section of the brief relating to appellant's second issue does not "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." *See* Tex. R. App. P. 38.1(i).

We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with TRAP 38.1 on or before **June 20, 2019.** If appellant's brief is not filed by that date or does not comply with TRAP 38.1, we will abate this appeal to the trial court for an abandonment hearing. Tex. R. App. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Irene Rios, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court